IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONAS JÖDICKE,  Plaintiff,  v.  THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",  Defendants. | Case No.: 1:24-cv-00432  Judge John F. Kness  Magistrate Judge Jeffrey T. Gilbert |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 11, 2024 [38] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 44 | quanzhoutaishangtouziqubibaoshangmaoyouxiangongsi |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: July  8 , 2024                    Respectfully submitted,

                                         Keith A. Vogt, Esq. (Bar No. 6207971)
                                         Keith Vogt, Ltd.
                                         33 West Jackson Boulevard, #2W
                                         Chicago, Illinois 60604
                                         Telephone: 312-971-6752
                                         E-mail: keith@vogtip.com

                                         **ATTORNEY FOR PLAINTIFF(S)**

Subscribed and sworn before me by Keith A. Vogt, on this  8  of July, 2024.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF  Illinois

COUNTY OF  Cook



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026